FALIHEE, Appellant, v. JOHN SIMMONS CO., Respondent. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by John J. Falihee against the John Simmons Company. C. V. Pallister, for appellant. J. C. Palmer, for respondent. No opinion. Judgment affirmed, with costs, on 121 App. Div. 839, 106 N. Y. Supp. 764. Order filed.

FALKOWSKA, Respondent, v. ZEMRAK, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by Eleanora Falkowska against Ludwig Zemrak.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and ROBSON, JJ., dissent, upon the ground that there was no proof that the Polish words were spoken as alleged in the complaint, except as to two words, and that as to those there was no proof as to their meaning.

FANNING, Respondent, v. STANDARD OIL CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Patrick Fanning against the Standard Oil Company of New York. No opinion. Motion for reargument denied, with $10 costs.

FARRELL et al., Respondents, v. BERKERY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Michael Farrell and another against Nora T. Berkery. No opinion. Judgment affirmed, with costs.

FAURIE, Appellant, v. LAZELLE, Respondent. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Edith Faurie against Harry Lazelle. A. Epstein, for appellant. H. M. Earle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FEEHAN, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by William Feehan, an infant, against the New York City Railway Company. R. L. Weaver, for appellant. B. H. Ames, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

FEINSTEIN, Appellant, v. REIMER et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Abraham Feinstein against Otto E. Reimer and another. No opinion. Motion granted, with costs, unless the appellant perfect his appeal within 10 days, in which case the motion is denied, without costs.

In re FENNER'S WILL. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) In the matter of probating the last will and testament of Dora Fenner, deceased.

No opinion. Decree affirmed, with costs and disbursements to respondents, payable out of the estate.

FIESEL v. WHITE SEWING MACH. CO. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Appeal from Special Term, New York County. Action by John Fiesel, an infant, by Susan Fiesel, his guardian ad litem, against the White Sewing Machine Company. From an order granting leave to serve an amended complaint, defendant appeals. Modified and affirmed. Marshall B. Clarke, for appellant. I. Henry Harris, for respondent.

PER CURIAM. The order appealed from should be modified, by requiring the plaintiff, as a condition of amendment, to pay all costs in the action to date, except the trial fee and the disbursements of the trial. As so modified, the order should be affirmed, without costs.

FINCK v. DEL GAUDIO. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by John Finck against Albert S. Del Gaudio. No opinion. Motion denied, on terms stated in order. Order filed.

In re FINNIGAN. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) In the matter of the application of Michael E. Finnigan for license and admission to practice as an official examiner of title. No opinion. Application granted, and bond approved.

FIRST BAPTIST CHURCH OF ROMULUS, Respondent, v. KENDAIA GRANGE, NO. 64, OF SENECA COUNTY, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Action by the First Baptist Church of Romulus against the Kendaia Grange, No. 64 of Seneca County.

PER CURIAM. Final order affirmed, with costs.

McLENNAN, P. J., and ROBSON, J., dissent, upon the ground that the relation of landlord and tenant is not established by the evidence.

FIRST BAPTIST CHURCH OF ROMULUS, Respondent, v. KENDAIA GRANGE, NO. 64, OF SENECA COUNTY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by the First Baptist Church of Romulus against the Kendaia Grange, No. 64, of Seneca County. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

FIRST NAT. BANK OF BANGOR, PA., Appellant, v. BROOKS et al., Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by the First National Bank of Bangor, Pa., against William H. Brooks and another. W. L. Cannon, for appellant. E. S. Griffing, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.